IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO B. RODRIGUEZ,

      Petitioner,               No. CIV S-09-2106 EFB P

     vs.

JAMES WALKER,

      Respondent.             ORDER

_____/

     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

     Petitioner challenges a conviction in the Merced County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

     Accordingly, it is hereby ordered that:

     1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

     2. The Clerk of Court shall assign a new case number;

////

////

////

1    3. All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: August 6, 2009.

        /s/ Edmund F. Brennan
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE